**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| RODOLFO MAGSALIN MASANGKAY | § | CASE NO. 07-14207-KAO |
| ASIATICA EBALO MASANGKAY | § | CHAPTER 13 |
| FKA ASIATICA ECHON | § | |
| | § | JUDGE KAREN A. OVERSTREET |

**REQUEST FOR SERVICE OF NOTICE**

TO THE DEBTOR(S), TRUSTEE, ALL CREDITORS AND ALL OTHER INTERESTED PARTIES:

You are hereby given notice that Brice, Vander Linden & Wernick, P.C. has been engaged by the creditor identified below to serve as its authorized agent in this matter.

You are requested to serve a copy of each notice of any proceeding, hearing and/or report in this matter including, but not limited to, notices required by Bankruptcy Rules 2002 and 3017(a) and the Local Rules of the Bankruptcy Court upon the creditor at the following address:

**Bank of America N.A.
475 CrossPoint Parkway / Post Office Box 9000
Getzville, New York 14068**

Respectfully submitted,
Brice, Vander Linden & Wernick, P.C.

/s/ Hilary B. Bonial   /s/ Joe M. Lozano, Jr.
Hilary B. Bonial
Joe M. Lozano, Jr.
F# 5645-N-1037
9441 LBJ Freeway, Suite 350
Dallas, Texas 75243
(972) 643-6600 / (972) 643-6698 (Telecopier)
E-mail Address: notice@bkcylaw.com
Authorized Agent for Bank of America N.A.

## CERTIFICATE OF SERVICE

      I, Hilary B. Bonial / Joe M. Lozano, Jr., hereby certify that a true and correct copy of the foregoing Request for Service of Notice has been served upon the following parties in interest either via pre-paid regular U.S. Mail or via electronic notification on or before September 14, 2007:

**Debtors' Attorney**
Travis A Gagnier
Attorney At Law
30640 Pacific Hwy S Ste A
PO Box 3949
Federal Way, WA 98063-3949

**Chapter 13 Trustee**
K. Michael Fitzgerald
600 University Street, Suite 2200
Seattle, Washington 98101-4100

          /s/ Hilary B. Bonial  /s/ Joe M. Lozano, Jr.
          Hilary B. Bonial
          Joe M. Lozano, Jr.

5645-N-1037
noaelect