The Honorable Karen A. Overstreet

Laurin S. Schweet
Law Offices of Laurin S. Schweet
80th Avenue Professional Building
2955 80th Avenue S.E., Suite 102
Mercer Island WA 98040
(206) 275-1010

UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

IN RE:

RODOLFO MAGSALIN MASANGKAY and ASIATICA EBALO MASANGKAY,

    Debtor.

NO. 07-14207-KAO

REQUEST FOR NOTICE PURSUANT TO BANKRUPTCY RULE 2002

To: CLERK OF THE BANKRUPTCY COURT;

AND TO: ALL PARTIES IN INTEREST:

PLEASE TAKE NOTICE that pursuant to Bankruptcy Rule 2002, the undersigned on behalf of the KeyBank, N.A., hereby requests notice of all matters which must be given to creditors or other parties in interest and requests that the following addresses be added to the master mailing matrix:

Laurin S. Schweet
Law Offices of Laurin S. Schweet
80th Avenue Professional Building
2955 80th Avenue S.E., Suite 102
Mercer Island WA 98040
(206) 381-0120 (telephone)
(206) 381-0101 (facsimile)
laurins@schweetlaw.com

REQUEST FOR SPECIAL NOTICE - 1 -

DATED this 8th day of October, 2007.

                     Law Offices of Laurin S. Schweet
                     Attorneys for KeyBank, N.A.

                     By: /s **Laurin S. Schweet**
                     Laurin S. Schweet
                     WSBA 16431

## CERTIFICATE OF SERVICE

The following parties received notice of this document via ECF

Travis A. Gagnier
Debtor's Attorney

K. Michael Fitzgerald,
Chapter 13 Trustee

Office of the U.S. Trustee

REQUEST FOR SPECIAL NOTICE - 2 -

*Law Offices of Laurin S. Schweet*
80th Avenue Professional Building
2955 – 80th Ave SE, Suite 102
Mercer Island, WA 98040
(206) 275-1010 phone ◆ (206) 381-0101 fax